# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. |
| v. | ) |
| | ) |
| ANIMAL HEALTH INTERNATIONAL, INC. | ) |

## AGREED ORDER OF FORFEITURE

**IT IS HEREBY ORDERED THAT:**

A. Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the evidence of record and the guilty plea to Count One of the Information, misbranding a drug, in violation of 21 U.S.C. §§ 331(a), 333(a)(1), and 352(f)(1), the defendant shall forfeit to the United States quantities of prescription veterinary drugs that were misbranded when introduced into interstate commerce and/or when being held for sale in interstate commerce, pursuant to 21 U.S. C. § 334 and 28 U.S.C. § 2461.

B. Pursuant to the defendant's plea agreement, because the above-described forfeitable property, as a result of the defendant's acts, has been transferred or sold to third parties and cannot be located upon the exercise of due diligence, a money judgment in the amount of $46,802,203 (forty-six million eight hundred two thousand two hundred three dollars) is hereby entered against the defendant as a substitute asset pursuant to 21 U.S.C. § 853(p).

C. On or before 7 days from the date of entry of a guilty plea, the defendant will voluntarily remit payment in the amount of $46,802,203 (forty-six million eight hundred two thousand two hundred three dollars) in satisfaction of the money judgment by remitting certified funds made payable to the U.S. Marshals Service, Asset Forfeiture Unit, 247 Federal Building, 210 Franklin Road, S.W., Roanoke, Virginia 24011.

D. As payments are voluntarily being remitted to the United States, notice and publication are not required.

E. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

F. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant upon entry, and shall be made a part of the sentence and included in the judgment.

ENTERED THIS _____ DAY OF _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**